USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___11/23/20_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

NANCY APONTE and ANGELO GABRIEL ALVES MARQUES,

          Plaintiffs,

-against-

CLINTON STREET PIZZA INC. d/b/a RIZZO'S FINE PIZZA, FRANCESCO TAORMINA, *individually*, AMEDEO ORLANDO, *individually*, and ALEXANDER LYUDMIR, *individually*,

          Defendants.
-----------------------------------------------------------X

20-CV-2037 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    On September 8, 2020, the Clerk of Court entered Certificates of Default, certifying that Defendants Clinton Street Pizza Inc. ("CSP") and Francesco Taormina ("Taormina") were in default. (ECF Nos. 22, 23.) On September 14, Plaintiffs filed an affirmation in support of an Order to Show Cause for Default, requesting that the Court enter default judgment against CSP and Taormina. (ECF No. 25.)

    Defendants CSP and Taormina are ordered to show cause by January 4, 2021, in writing, why default judgment should not be entered against each of them. Failure to comply with this Order may result in the Court entering default judgment against the defaulting party or parties.

    Plaintiffs are ordered to serve this Order on Defendants CSP and Taormina and to file proof of such service by December 4, 2020.

    SO ORDERED.

Dated: New York, New York
       November 23, 2020

                                                                    */s/ Kimba M. Wood*
                                                                 KIMBA M. WOOD
                                                          United States District Judge