```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
NANCY APONTE and ANGELO GABRIEL
ALVES MARQUES,

                            Plaintiffs,

        -against-

CLINTON STREET PIZZA INC. d/b/a
RIZZO'S FINE PIZZA, FRANCESCO
TAORMINA, individually, AMEDEO
ORLANDO, individually, and ALEXANDER
LYUDMIR, individually,

                            Defendants.
---------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: __08/15/21_____

20-CV-2037 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On July 16, 2021, Plaintiffs' motion for leave to amend the Complaint was granted. (ECF No. 37.)   Plaintiffs were directed to file an Amended Complaint by July 23; Defendants Taormina and Lyudmir—now each represented by counsel—were directed to answer by August 6; and Plaintiffs, Taormina, and Lyudmir were all directed to confer and to file a proposed scheduling order and discovery plan by August 13.   Defendant Clinton Street Pizza remains in default, and Defendant Orlando has not been served with the Complaint.   (*See* Joint Let. at 1, ECF No. 41.)

Pursuant to the July 16 Order, Plaintiffs have filed an Amended Complaint (ECF No. 38), Defendant Taormina has filed an answer (ECF No. 40), and a proposed scheduling order and discovery plan have been submitted (ECF No. 41.)   Defendant Lyudmir, however, has not answered the Amended Complaint; he has filed only a *pro se* answer, dated August 18, 2020, to Plaintiffs' initial Complaint.   (ECF No. 15.)

It is hereby ORDERED that, by **August 20, 2021**, Defendant Lyudmir must answer the

2

Amended Complaint. The Court hereby adopts the proposed Scheduling Order and Discovery Plan and will issue a separate order referring this case to the Mediation Program of the United States District Court for the Southern District of New York. (*See* Joint Let. at 1.)

SO ORDERED.

Dated: New York, New York
August 15, 2021

       */s/ Kimba M. Wood*
       KIMBA M. WOOD
       United States District Judge