UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
NANCY APONTE, et al.,

Plaintiffs,

-against-

CLINTON STREET PIZZA INC. d/b/a
RIZZO'S FINE PIZZA, AMEDEO
ORLANDO and ALEXANDER LYUDMIR

Defendants.
-----------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   7/6/2022

22-CV-3188 (KMW)

**ORDER**

Two issues are the subjects of the Court's Order.

First, on June 2, 2022, Plaintiffs and those defendants who are not in settlement

discussions were ordered to submit a joint status report no later than June 17, 2022.  (ECF No.

68.)  The Court has not received the report.  By July 15, 2022, Plaintiffs shall file a joint status

report with Defendant Clinton Street Pizza Inc. d/b/a/ Rizzo's Fine Pizza.  In the report, Plaintiffs

and Defendant Clinton Street Pizza Inc. d/b/a/ Rizzo's Fine Pizza must inform the Court why

they missed the Court's June 10, 2022 deadline.

Second, on November 24, 2021, the Clerk of Court entered a Certificate of Default as to

Defendant Amedeo Orlando.  By July 15, 2022, Plaintiffs shall file a letter informing the Court

whether Plaintiffs are seeking a default judgment as to Defendant Amedeo Orlando.

SO ORDERED.

Dated: New York, New York
       July 6, 2022

_____
*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge