UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
NANCY APONTE and ANGELO GABRIEL ALVES MARQUES,

                Plaintiffs,

-against-

CLINTON STREET PIZZA INC. d/b/a RIZZO'S FINE PIZZA, AMEDEO ORLANDO *individually*, and ALEXANDER LYUDMIR *individually*

                Defendants.
-----------------------------------------------------------------------X

Case No.: 22-cv-3188 (KMW)

**Judgment**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/22

This action having been commenced on April 19, 2020 by the filing of the Summons and Complaint under Case Number 20-cv-2037 and Defendant Alexander Lyudmir having answered the Complaint on August 26, 2020;

This action having been severed from the original case on April 19, 2022 and assigned the Index Number 22-cv-3188 (KMW); and,

Defendant Alexander Lyudmir having made an Offer of Judgment in the amount of $30,000 pursuant to Federal Rule of Civil Procedure Rule 68 dated June 9, 2022, it is

ORDERED ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant Alexander Lyudmir in the amount of $30,000.00 inclusive of all damages, attorneys' fees, costs, and expenses.

Dated: New York, New York
      July 6, 2022

ENTER:

SO ORDERED, N.Y., N.Y.

/s/ Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.