UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
X

NANCY APONTE and ANGELO GABRIEL ALVES MARQUES,

                      Plaintiffs,

      -against-

CLINTON STREET PIZZA INC. d/b/a RIZZO'S FINE PIZZA and AMEDEO ORLANDO,

                      Defendants.
---------------------------------------------------------
X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9-19-2022__

22-CV-3188 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      On August 18, 2022, Plaintiffs moved for default judgment against Defendants Clinton Street Pizza Inc. and Amedeo Orlando pursuant to Rule 55 of the Federal Rules of Civil Procedure. (ECF No. 77.) Prior to moving for default judgment, Plaintiffs obtained Certificates of Default as to Clinton Street Pizza Inc. on September 8, 2020 and as to Amedeo Orlando on November 24, 2021. (ECF Nos. 23, 60.) Plaintiffs obtained the Certificate of Default for Clinton Street Pizza before Plaintiffs amended their complaint on July 23, 2021. (ECF No. 39.) For that reason, Plaintiffs are directed to obtain a new Certificate of Default as to Clinton Street Pizza Inc. by October 17, 2022.

      SO ORDERED.

Dated: New York, New York
       September 19, 2020

                                                      */s/ Kimba M. Wood*
                                                      KIMBA M. WOOD
                                                      United States District Judge