UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NANCY APONTE and ANGELO GABRIEL ALVES MARQUES,

                      Plaintiffs,

      -against-

CLINTON STREET PIZZA INC. d/b/a RIZZO'S FINE PIZZA, FRANCESCO TAORMINA, *individually*, AMEDEO ORLANDO, *individually*, and ALEXANDER LYUDMIR, *individually*,

                      Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10-31-2022____

22-CV-3188 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      On August 18, 2022, Plaintiffs moved for default judgment against Defendants Clinton Street Pizza, Inc. and Amedeo Orlando pursuant to Rule 55 of the Federal Rules of Civil Procedure. (ECF No. 77.) The Court ordered Defendants to show cause why a default judgment should not be entered against them at a conference on November 2, 2022 at 2:00PM. (ECF No. 81.) The November 2, 2022 conference is cancelled. Defendants are ordered to show cause, in writing, by December 16, 2022 why a default judgment should not be entered against each of them. Failure to comply with this Order may result in the Court entering default judgment against the defaulting party or parties. Plaintiffs are ordered to serve this Order by priority mail with tracking confirmation on Defendants and to file proof of such service by November 11, 2022.

      SO ORDERED.

Dated: New York, New York
       October 31, 2022

                                      */s/ Kimba M. Wood*
                                      KIMBA M. WOOD
                                      United States District Judge