UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X

NANCY APONTE and ANGELO GABRIEL ALVES MARQUES,

                            Plaintiffs,

        -against-

CLINTON STREET PIZZA INC. d/b/a RIZZO'S FINE PIZZA, FRANCESCO TAORMINA, *individually*, AMEDEO ORLANDO, *individually*, and ALEXANDER LYUDMIR, *individually*,

                            Defendants.
--------------------------------------------------------- X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __11-9-2022____ |

22-CV-3188 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      On August 18, 2022, Plaintiffs moved for default judgment against Defendants Clinton Street Pizza, Inc. and Amedeo Orlando pursuant to Rule 55 of the Federal Rules of Civil Procedure. (ECF No. 77.) On October 31, 2022, the Court ordered Plaintiffs to serve an Order to Show Cause on Defendants by priority mail, with tracking confirmation, and to file proof of such service by November 11, 2022. (ECF No. 89.) Plaintiffs mailed copies of the Order to Show Cause to Defendants via priority mail as directed, but their mailing to Defendant Orlando was returned. (ECF No. 91.) Plaintiffs are ordered to make another attempt to serve the Order to Show Cause on Defendant Orlando by priority mail, with tracking confirmation, and to file proof of such service by November 16, 2022.

      SO ORDERED.

Dated:  New York, New York                                  /s/ *Kimba M. Wood*
          November 9, 2022                               KIMBA M. WOOD
                                                           United States District Judge