```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
NANCY APONTE and ANGELO GABRIEL
ALVES MARQUES,

                          Plaintiffs,

          -against-

CLINTON STREET PIZZA INC. d/b/a
RIZZO'S FINE PIZZA, FRANCESCO
TAORMINA, individually, AMEDEO
ORLANDO, individually, and ALEXANDER
LYUDMIR, individually,

                          Defendants.
-----------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __12/21/2022_____

22-CV-3188 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On August 18, 2022, Plaintiffs moved for default judgment against Defendants Clinton Street Pizza, Inc. and Amedeo Orlando pursuant to Rule 55 of the Federal Rules of Civil Procedure. (ECF No. 77.) On October 31, 2022, the Court ordered Plaintiffs to serve an Order to Show Cause on Defendants by priority mail, with tracking confirmation, and to file proof of such service by November 11, 2022. (ECF No. 89.) Plaintiffs mailed copies of the Order to Show Cause to Defendants via priority mail as directed, but their mailing to Defendant Orlando was returned. (ECF No. 91.)

The Court ordered Plaintiffs to make a second attempt to serve Defendant Orlando by priority mail, with tracking confirmation, and to file proof of such service by November 16, 2022. (ECF No. 92.) Plaintiffs failed to do so. Plaintiffs are directed to file proof of such service by January 4, 2023.

SO ORDERED.

Dated:  New York, New York             */s/ Kimba M. Wood*
        December 21, 2022              KIMBA M. WOOD
                                       United States District Judge