USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/4/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY APONTE, et al.,

        Plaintiff,

-against-

CLINTON STREET PIZZA INC. d/b/a RIZZO'S FINE PIZZA, et al.,

        Defendant.

22-CV-3188 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    It appears that plaintiffs Nancy Aponte and Angelo Gabriel Alves Marques have not yet served their Proposed Findings of Fact and Conclusions of Law (Proposed Findings) (Dkt. 99) on defendants Amadeo Orlando and Clinton Street Pizza Inc. d/b/a Rizzo's Fine Pizza (the Defaulting Defendants), as required by this Court's April 4, 2023 Order (4/4/23 Order) (Dkt. 98) and Local Civ. R. 55.2(c). It is hereby ordered that plaintiffs promptly serve (1) the Proposed Findings (together with supporting materials), (2) the 4/4/23 Order, and (3) this Order on the Defaulting Defendants at their last known address, and file proof of such service on the docket. Defaulting Defendants shall have 30 days from the date that service was effected to respond to the Proposed Findings.

Dated: New York, New York
       June 4, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**