**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NANCY APONTE, et al.,

            Plaintiffs,                        22 **CIVIL** 3188 (DEH)

     -against-                              **JUDGMENT**

CLINTON STREET PIZZA INC., et al.,

            Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 13, 2024, the Report is ADOPTED IN FULL. Plaintiffs are awarded damages against Clinton Street Pizza, Inc. and Amedeo Orlando, jointly and severally, in the aggregate amount of $237,142.00, plus prejudgment interest, as follows: For Nancy Aponte: $46,116.00 in unpaid minimum wages; $46,116.00 in liquidated damages with respect to her unpaid wages; prejudgment interest in the amount of $11.37 per day from October 7, 2016, until the date judgment is entered, in the amount of $32,609.16; and $20,000.00 in compensatory damages for emotional distress on her harassment claim. For Angelo Gabriel Alves Marques: $52,455.00 in unpaid minimum and overtime wages; $52,455.00 in liquidated damages with respect to his unpaid wages; prejudgment interest in the amount of $12.93 per day from May 1, 2017, until the date judgment is entered, in the amount of $34,419.66; and $20,000.00 in compensatory damages for emotional distress on his harassment claim; accordingly, the case is closed.

**Dated:**  New York, New York
          August 13, 2024

                                                    **DANIEL ORTIZ**
                                           **Acting Clerk of Court**

                     **BY:**     *K. Mango*
                                              **Deputy Clerk**